# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SEBESTIAN OWENS, individually and on behalf all others similarly situated,<br>　　　　　　　　Plaintiff,<br>　v.<br>ALLY BANK and ALLY FINANCIAL INC.,<br>　　　　　　　　Defendants. | **Case No. 3:24-cv-00811**<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE** |
| ROBERT HAMILTON, individually and on behalf all others similarly situated,<br>　　　　　　　　Plaintiff,<br>　v.<br>ALLY BANK and ALLY FINANCIAL INC.,<br>　　　　　　　　Defendants. | **Case No. 3:24-cv-00818** |
| JEFFREY CRAIG, individually and on behalf all others similarly situated,<br>　　　　　　　　Plaintiff,<br>　v.<br>ALLY BANK and ALLY FINANCIAL INC.,<br>　　　　　　　　Defendants. | **Case No. 3:24-cv-00862** |

# PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE

Plaintiffs in the above-captioned actions seek entry of an order, pursuant to Federal Rules of Civil Procedure 42(a) consolidating *Sebastian Owens v. Ally Bank and Ally Financial Inc.* (Western District of North Carolina, Case No. 3:24-cv-00811); *Robert Hamilton v. Ally Bank and Ally Financial Inc.* (Western District of North Carolina, Case No. 3:24-cv-00818); and *Jeffrey Craig v. Ally Bank and Ally Financial Inc.* (Western District of North Carolina, Case No. 3:24-cv-00862) (collectively the "Related Actions").

For the reasons outlined in Plaintiffs' attached memorandum in support thereof, Plaintiffs respectfully request that the Court consolidate the Related Actions. Defendants do not oppose this motion as to consolidation. The parties also respectfully request that the Court approve the agreed-upon schedule for the filing of a single consolidated complaint and for any motion practice associated therewith.

Dated: October 4, 2024

Respectfully Submitted,

*s/ David M. Wilkerson*
David M. Wilkerson, Bar No. 35742
**THE VAN WINKLE LAW FIRM**
11 N. Market Street
Asheville, NC 28801
Tel: (828) 258-2991
dwilkerson@vwlawfirm.com

Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
One West Law Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kjolawyers.com

Scott C. Harris (SBN 35328)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, North Carolina 27603
Tel: (919) 600-5000

sharris@milberg.com

Terence R. Coates*
Dylan J. Gould*
Isabel C. DeMarco*
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com

David K. Lietz*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW.
Washington, D.C. 20015-2052
Tel: (866) 252-0878
Fax: (202) 686-2877
dlietz@muilberg.com

Joel R. Rhine (SBN 16028)
Ruth A. Sheehan (SBN 48069)
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff, Suite 300
Wilmington, North Carolina 28403
Tel: (910) 772-9960
Fax: (910) 772-9062
jrr@rhinelawfirm.com
ras@rhinelawfirm.com

Gary E. Mason*
Danielle L. Perry*
Lisa A. White*
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

## CERTIFICATE OF SERVICE

I hereby certify that, on October 4, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ David M. Wilkerson*