IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-811-KDB-DCK

| | |
|---|---|
| SEBESTIAN OWENS, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ALLY FINANCIAL INC., and ) ALLY BANK, ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Local Counsel Joel R. Rhine on October 18, 2024.

Applicant Danielle L. Perry seeks to appear as counsel *pro hac vice* for Plaintiff Jeffrey Craig. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Danielle L. Perry is hereby admitted *pro hac vice* to represent Plaintiff Jeffrey Craig .

**SO ORDERED**.

Signed: October 18, 2024

_____
David C. Keesler
United States Magistrate Judge