IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-811-KDB-DCK

| | |
|---|---|
| SEBESTIAN OWENS, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | **ORDER** |
| v. ) ) | |
| ALLY FINANCIAL INC., and ALLY BANK, ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by Local Counsel Scott C. Harris on October 23, 2024.

Applicant David K. Lietz seeks to appear as counsel *pro hac vice* for Plaintiff Robert Hamilton. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. David K. Lietz is hereby admitted *pro hac vice* to represent Plaintiff Robert Hamilton.

**SO ORDERED**.

Signed: October 23, 2024

David C. Keesler
United States Magistrate Judge