UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SEBESTIAN OWENS, ROBERT HAMILTON, and JEFFREY CRAIG, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>-v.-<br><br>ALLY FINANCIAL INC. and ALLY BANK,<br><br>Defendants. | No. 24-CV-811-KDB-DCK |

### NOTICE OF DEFENDANTS' MOTION TO DISMISS THE <u>CONSOLIDATED AMENDED CLASS ACTION COMPLAINT</u>

PLEASE TAKE NOTICE that Defendants Ally Financial Inc. and Ally Bank (together, "Defendants") respectfully will move this Court, before the Honorable Kenneth D. Bell, at the U.S. District Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, on a date and time designated by the Court, for an order dismissing the Consolidated Amended Class Action Complaint in its entirety, with prejudice, (i) pursuant to Federal Rule of Civil Procedure 12(b)(1), for lack of subject matter jurisdiction and (ii) pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.

The Motion is supported by the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, dated January 21, 2025, the Declaration of Christian Hall, dated January 21, 2025, and the exhibits thereto.

Dated: January 21, 2025                    Respectfully submitted,

/s/ Edward F. Hennessey, IV
Edward F. Hennessey, IV
Caroline H. Reinwald
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Tel: (704) 377-2536
thennessey@robinsonbradshaw.com
creinwald@robinsonbradshaw.com

Matthew A. Schwartz (*pro hac vice*)
Nicole W. Friedlander (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel.: (212) 558-4000
schwartzmatthew@sullcrom.com
friedlandern@sullcrom.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed with the clerk using the CM/ECF system which will send electronic notification to all parties of record as follows:

Joel R. Rhine
RHINE LAW FIRM, P.C.
1612 Military Cutoff Road, Suite 300
Wilmington, North Carolina 28403
Tel.: 910-772-9960
jrr@rhinelawfirm.com

David M. Wilkerson
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, North Carolina 28801
Tel.: (828) 258-2991
dwilkerson@vwlawfirm.com

Scott C. Harris
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
900 West Morgan Street
Raleigh, NC 27603
Tel.: (919) 600-5000
sharris@milberg.com

Danielle L. Perry*
MASON LLP
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Tel.: (202) 429-2290
dperry@masonllp.com

Jeffrey M. Ostrow*
KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida 33301
Tel.: (954) 525-4100
ostrow@kolawyers.com

David K. Lietz*
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015
Tel.: (866) 252-0878
dlietz@milberg.com

*Attorneys for Plaintiffs*

**Admitted pro hac vice*

This 21st day of January, 2025.

/s/ Edward F. Hennessey, IV
Edward F. Hennessey, IV