UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO.: 3:24-cv-00811

| | |
|---|---|
| SEBESTAIN OWENS, ROBERT HAMILTON, and JEFFREY CRAIG, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> ALLY FINANCIAL INC. and ALLY BANK, <br><br> Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Sebastian Owens, Robert Hamilton, and Jeffrey Craig, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismiss this action in its entirety against Defendants Ally Financial Inc. and Ally Bank, without prejudice, each party to bear its own costs and fees.

Date: February 17, 2025

Respectfully submitted,

/s/ *David K. Lietz*
David K. Lietz (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
dlietz@milberg.com

Scott C. Harris (NC Bar No. 35328)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5003
sharris@milberg.com

Terence R. Coates*
**MARKOVITS, STOCK &**
**DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
tcoates@msdlegal.com

Jeff Ostrow (*pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
One West Law Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kjolawyers.com

David M. Wilkerson, Bar No. 35742
**THE VAN WINKLE LAW FIRM**
11 N. Market Street
Asheville, NC 28801
Tel: (828) 258-2991
dwilkerson@vwlawfirm.com

Joel R. Rhine (SBN 16028)
Ruth A. Sheehan (SBN 48069)
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff, Suite 300
Wilmington, North Carolina 28403
Tel: (910) 772-9960
Fax: (910) 772-9062
jrr@rhinelawfirm.com
ras@rhinelawfirm.com

Danielle L. Perry (*pro hac vice*)
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
dperry@masonllp.com

*\*Pro Hac Vice forthcoming*

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 17, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *David K. Lietz*
David K. Lietz